UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60248-CIV-HURLEY

JEFFREY MICHAEL JENNEY,
    petitioner,

v.

UNITED STATES OF AMERICA,
    respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the court upon the petitioner's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE #1] together with petitioner's motion to supplement the petition [DE# 10], which matters were previously referred to Magistrate Judge James Hopkins for proposed findings and recommended disposition.

On February 4, 2010, Magistrate Judge Hopkins filed a Report and Recommendation [DE# 16] recommending that petitioner's motion to vacate, set aside and correct sentence and motion to supplement his petition be denied. On February 15, 2010, petitioner filed his objections to the report of the Magistrate Judge [DE# 17].

Having carefully reviewed the report and recommendation of Magistrate Judge Hopkins [DE# 16], together with the petitioner's objections to that report [DE# 17], the court finds the Magistrate Judge's findings and recommendations to be sound and well reasoned, and accordingly approves and adopts them here in full.

1

It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge James Hopkins' February 4, 2010 Report and Recommendation [DE # 16] is **APPROVED AND ADOPTED** in full.

2. The petitioner's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE # 1] is **DENIED.**

3. The petitioner's motion to supplement his petition [DE# 10] is **DENIED.**

4. The Clerk of Court is directed to enter this case as **CLOSED** and terminate all pending motions **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of March, 2010.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all counsel

2